

Evan Weintraub
*Partner*
212 909-9519 DIR TEL
212 909-9422 DIR FAX
weintraub@wmllp.com

**WACHTEL MISSRY**

NEW YORK · LOS ANGELES · FLORENCE

WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

October 23, 2020

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:    Jinesh Patel v. The Carlton Group, Ltd.
               20-cv-7228 (JMF)

Dear Judge Furman:

      This firm represents the plaintiff Jinesh Patel in the above-referenced action. The purpose of this letter is to request that the Court adjourn the dates in the Court's briefing schedule concerning Plaintiff's Motion for Default Judgment for two weeks. The reason for the request is that counsel for the parties hereto have initiated settlement discussions which may obviate the need for the aforementioned motion. This is the first request for an adjournment of the briefing schedule for the Motion for Default Judgment. Counsel for defendant The Carlton Group, Ltd. joins in this request.

      Accordingly, we respectfully request that the briefing schedule for the Motion for Default Judgment be revised as follows: Plaintiff's Motion for Default Judgment, scheduled to be filed no later than October 27, 2020, is adjourned to November 10, 2020; Defendant's opposition to the Motion for Default Judgment, scheduled to be filed no later than November 3, 2020 is adjourned to November 17, 2020; and the date for Defendant to appear before the Court and show cause with respect to said motion scheduled for November 19, 2020 is adjourned to December 3, 2020, or the next date that is convenient for the Court.

                                        Respectfully submitted,

                                        Evan Weintraub

cc:    David Ross, Esq. (via email)

Application GRANTED. The proceeding currently scheduled for November 19, 2020 is ADJOURNED to **December 3, 2020** at **2:30 p.m.** The Clerk of Court is directed to terminate ECF No. 13. SO ORDERED.

October 26, 2020

100153-001/00256359-1