UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINESH PATEL,

                Plaintiff,

- against -

THE CARLTON GROUP, LTD.,

                Defendant.

Case No. 20-CV-7228 (JMF)

~~PROPOSED~~ **JUDGMENT**

This cause comes before this Court upon the motion by Plaintiff Jinesh Patel ("Plaintiff"), to reopen this case and to enforce the Settlement Agreement between Plaintiff and Defendant The Carlton Group, Ltd. ("Defendant") dated December 10, 2020, and so-ordered by this Court on January 25, 2021, against Defendant. After careful consideration of Plaintiff's unopposed motion papers, combined with the Court's familiarity with the allegations in this case, Plaintiff's motion is granted.

Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

That Plaintiff Jinesh Patel have judgment and recover from Defendant The Carlton Group, Ltd., having its place of business at 360 Madison Avenue, New York, NY 10017, the sum of $134,600, plus interest accruing at the rate of 9% per annum from May 11, 2021, up to the date of judgment, amounting to $929.29, for a total judgment of $135,529.29, and that Plaintiff shall have execution thereon.

Dated:

\_\_\_\_\_June 8\_\_\_\_\_, 2021

SO ORDERED.

_____
JESSE M. FURMAN, U.S.D.J.

100153-001/00287421-1