UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JINESH PATEL,

                Plaintiff,

                20-CV-7228 (JMF)

      -v-

                ORDER

THE CARLTON GROUP, LTD.,

                Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Plaintiff's motion for attorney's fees and expenses is GRANTED as unopposed and substantially for the reasons stated in his memorandum of law, ECF No. 25-6. Accordingly, Defendant is ORDERED to pay Plaintiff $7,364.78 in fees and expenses.

    The Clerk of Court is directed to terminate ECF No. 25.

    SO ORDERED.

Dated: June 21, 2021
       New York, New York

                              JESSE M. FURMAN
                           United States District Judge