UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JINESH PATEL, | |
|---|---|
| Plaintiff, | Case No. 20-CV-7228 (JMF) |
| - against - | ~~PROPOSED~~ **JUDGMENT** |
| THE CARLTON GROUP, LTD., | |
| Defendant. | |

This cause comes before this Court upon the motion by Plaintiff Jinesh Patel ("Plaintiff"), for attorneys' fees and expenses incurred in enforcing the Settlement Agreement between Plaintiff and Defendant The Carlton Group, Ltd. ("Defendant") dated December 10, 2020, and so-ordered by this Court on January 25, 2021, against Defendant. After careful consideration of Plaintiff's unopposed motion papers, combined with the Court's familiarity with the allegations in this case, Plaintiff's motion is granted.

Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

That Plaintiff Jinesh Patel have judgment and recover from Defendant The Carlton Group, Ltd., having its place of business at 360 Madison Avenue, New York, NY 10017, the sum of $7,364.78, and that Plaintiff shall have execution thereon.

Dated: \_\_\_\_June 23\_\_\_\_, 2021

_____
JESSE M. FURMAN, U.S.D.J.